IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| Eddie Davis, | ) | Case No: 15 C 7336 |
| | ) | |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| Guerrero LP, Inc., et al. | ) | |

## ORDER

      This matter is before the court on Plaintiff Eddie Davis' (Davis) motion for leave to proceed *in forma pauperis*. Davis has filed a general *in forma pauperis* application form. (IFP 1). However, Davis has not filed an *in forma pauperis* application form for the Northern District of Illinois, and has not provided sufficient information concerning his financial status to show that the instant motion should be granted. Davis has also not explained how he acquires the necessities of life. Therefore, the motion for leave to proceed *in forma pauperis* [2] is denied.

      If Davis wishes to proceed with this action, Davis should file a new *in forma pauperis* application form for the Northern District of Illinois, together with a memorandum in the form of an affidavit indicating all income that Davis or anyone residing in his household receives, the sources of such income, all valuable assets owned by Davis or members of his household, and all expenses for Davis and members of his household, including supporting documents. The affidavit should also include a statement by Davis as to how he acquires the necessities of life based on his income and expenses. The court notes that Davis filed multiple similar lawsuits on the same day that he filed the instant action. In view of this and in order to properly adjudicate an *in forma pauperis* application form if submitted by Davis, the court will require Davis to list all lawsuits he has filed in any state or federal court in the United States within the last ten years, and whether he has requested or received any monetary rewards or judgments.

      Davis is given until September 22, 2015 to file an accurately and properly completed *in forma pauperis* application form for the Northern District of Illinois with the above-referenced memorandum. If Davis decides not to file the above-referenced *in forma pauperis* application with the required supporting documents, Davis is given until September 22, 2015 to pay the filing fee. Davis is warned that failure to file the above-referenced motion and memorandum that contains the required information by September 22, 2015, or failure to pay the filing fee by September 22, 2015, will result in the dismissal of the instant action. The court hereby stays the issuance of the summons until the filing fee is paid or a motion for leave to proceed *in forma pauperis* is granted.

Date: 9/4/15

                                                 Samuel Der-Yeghiayan
                                                 United States District Court Judge