## Affidavit of Eddie Davis

I, Eddie Davis, declare under penalty of perjury that the following statements are true and correct:

1. A am a veteran with disabilities and use a wheelchair when traveling from my home.

2. I receive the following money each month: $133.00 from V.A. disability, $245.00 from social security (SSI). $344.00 from SSDI, and $79.00 in food stamps.

3. My housing costs are $135.00 per month and I spend less than $300.00 on food and related costs. Attached as Exhibit 'A' is a document regarding my housing. I do not have documentation regarding my food and related costs as I primarily use cash for my purchases.

4. I have no automobiles, real estate, stock, bond, jewelry, or other property of any value.

5. I live alone, and do not support any other person.

6. In the past 10 years, I have filed a total of eight cases, including this case. Four cases were filed in the Northern District of Illinois and are 15-cv-6681, 15-cv-7334, 15-cv-7335, and 15-cv-7336. Four cases were filed in Illinois state court and are 15-L-7348, 15-L-7351, 15-L-7354, 15-L-8190.

7. I have not received any money as a result of the cases listed in paragraph 6. I have had no judgments entered in my favor.

Further Affiant sayeth not,

*Eddie Davis*
Eddie Davis

State of Illinois
County of Cook
This instrument was acknowledged before me on 9/8/15 by Eddie Davis

*Maria Lozano*
Signature of Notary Public

"OFFICIAL SEAL"
Maria Lozano
Notary Public, State of Illinois
My Commission Expires 9/17/2018