Ledger

Page 1 of 1



# THE HABITAT COMPANY
*Management Makes The Difference*

**Date : 9/9/2015**

FOR DEPOSIT ONLY
HABITAT CO. WESTPOINT PLAZA
4140362

## Resident Ledger (Non HAP)

| | | | | | |
|---|---|---|---|---|---|
| Code | t5051882 | Property | | Lease From | 6/5/2015 |
| Name | Eddie Davis Sr. | Unit | | Lease To | 5/31/2016 |
| Address | | Status | Current | Move In | 6/5/2015 |
| | | Rent | | Move Out | |
| City St. Zip | Chicago, IL 60612 | Phone(O)- | | Phone(H)- | |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| 6/5/2015 | Security Deposit-MI on 6/5/2015 | 207.00 | | 207.00 | 5609962 |
| 6/5/2015 | RENT Adj MI, 06/05/2015 to 06/30/2015 | 103.00 | | 310.00 | 5609963 |
| 6/15/2015 | chk# 4127489 :CHECKscan Payment | | 326.00 | (16.00) | 5150608 |
| 7/1/2015 | RENT Adj MI, 07/01/2015 to 07/31/2015 | 119.00 | | 103.00 | 5609965 |
| 7/7/2015 | chk# 088420 :CHECKscan Payment | | 103.00 | 0.00 | 5168795 |
| 8/1/2015 | RENT 8/1/2015 to 8/31/2015 | 119.00 | | 119.00 | 5609967 |
| 8/19/2015 | chk# 55612020021167 :CHECKscan Payment | | 119.00 | 0.00 | 5197691 |
| 9/1/2015 | RENT 9/1/2015 to 9/30/2015 | 119.00 | | 119.00 | 5669865 |
| 10/1/2015 | RENT 10/1/2015 to 10/31/2015 | 119.00 | | 238.00 | 5705167 |